### POWELL v. STEPHENS et al.

(Court of Civil Appeals of Texas. Austin. March 25, 1914.)

APPEAL AND ERROR (§ 1101*)—DISPOSITION OF CAUSE—AFFIRMANCE BY AGREEMENT.

Where, after an appeal was perfected, the appellant and one of the appellees agreed in writing that the judgment should be affirmed, it would be affirmed as to such appellee, though reversed as to the others.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 4381; Dec. Dig. § 1101.*]

On motion for rehearing. Motion granted, and judgment of the trial court affirmed as to the moving party.

For original opinion, and opinion on the former motions for rehearing, see 163 S. W. 672.

KEY, C. J. This is a second motion for rehearing by the Coleman National Bank, and it is made to appear therein that after the appeal in this case had been perfected a written agreement was entered into between the appellant, Mrs. M. E. Powell, and the Coleman National Bank, to the effect that the judgment of the trial court should be affirmed, and that the agreement referred to was filed in this court, though it was never called to our attention, and cannot now be found; and by agreement of the parties, a copy of that agreement has been filed in this court as a substitute for the one referred to.

In view of the facts stated, the bank's motion for rehearing is granted, and, as between appellant, Mrs. M. E. Powell, and appellee the Coleman National Bank, the judgment of the trial court is affirmed; but, as between appellant and the other appellees, the last judgment rendered by this court, reversing and remanding the case, with instructions, is not disturbed.

Motion granted.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes